UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HEATHER LYNN JOHNSON,

    Plaintiff,

v.

    Case No. 1:15-cv-1239
    Hon. Ray Kent

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/

## JUDGMENT

In accordance with the Opinion filed this date:

The decision of the Commissioner is **REVERSED** pursuant to sentence four of 42 U.S.C. § 405(g) and the case is **REMANDED** to the Commissioner for further proceedings as outlined in the Opinion.

**IT IS SO ORDERED.**

Dated: March 27, 2017
    /s/ Ray Kent
    RAY KENT
    United States Magistrate Judge